ADAM L. BRAVERMAN
United States Attorney
DYLAN M. ASTE
Assistant U.S. Attorney
California Bar No. 281341
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
(619) 546-7621
Dylan.Aste@usdoj.gov

Attorneys for United States

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>THE STATE OF CALIFORNIA and CURES 2.0 PROGRAM,<br><br>Respondents. | Case No.: '18CV2868 L    MDD<br><br>**PETITION TO ENFORCE UNITED STATES DRUG ENFORCEMENT ADMINISTRATION ADMINISTRATIVE SUBPOENA** |

The United States hereby petitions the Court as follows:

1. This proceeding is brought pursuant to 21 U.S.C. § 876(c) to judicially enforce Drug Enforcement Administration ("DEA") subpoena R2-18-748338 ("Subpoena," redacted and attached as Exhibit A) issued under the authority of 21 U.S.C. § 876(a).

2. This Court has jurisdiction over this action pursuant to 21 U.S.C. § 876(c) and 28 U.S.C. § 1345. Venue is proper in this district under 28 U.S.C. § 1391.

3. Patrick Wolfe is a DEA Special Agent. He is stationed in the DEA's San Diego Field Division and is authorized to serve DEA subpoenas pursuant to 21 U.S.C. § 878. Robert Harkins is SA Wolfe's Group Supervisor and is authorized

to issue DEA subpoenas pursuant to 21 U.S.C. § 876 and 28 C.F.R. Part 0, Appendix to Subpart R, Section 4.

4.  Respondents are the State of California and the CURES 2.0 Program (collectively "California"). The California Department of Justice maintains CURES 2.0, which contains prescription drug information. Cal. Health and Safety Code § 11165.

5.  On June 26, 2018, DEA Group Supervisor Harkins issued the Subpoena to Respondents. On June 28, 2018, SA Wolfe served the Subpoena by electronic mail and receipt was acknowledged. The Subpoena demands the production of specific CURES records of five individuals, for the limited period of January 1, 2014 to June 26, 2018. At California's request, DEA Counsel extended the production date of July 1, 2018, to July 17, 2018. On July 17, 2018, California said it would need "several weeks" to evaluate its obligation to respond to the Subpoena.

6.  California has not complied with the Subpoena and has informed the United States that it will not produce the requested information. The United States has made numerous efforts to obtain compliance short of litigation, but California has refused to comply with the Subpoena.

7.  The data demanded in the Subpoena is not presently in the DEA's possession.

8.  De-identified information cannot be reasonably used for the investigation.

///
///
///
///
///
///
///
///

| | |
|---|---|
| 1 | **WHEREFORE**, Petitioner respectfully prays that: |
| 2 | A. This Court enter an order directing California to immediately comply |
| 3 | with the Subpoena, in its entirety; |
| 4 | B. That the order granting the relief sought herein be served on California |
| 5 | by the DEA; and |
| 6 | C. That this Court grant such other and further relief as it deems just and |
| 7 | proper. |

Respectfully submitted,

DATED: December 21, 2018

ADAM L. BRAVERMAN
United States Attorney

*s/ Dylan M. Aste*
DYLAN M. ASTE
Assistant United States Attorney

Attorneys for the United States