# U.S. DEPARTMENT OF JUSTICE/DRUG ENFORCEMENT ADMINISTRATION
## SUBPOENA

In the matter of the investigation of
Case No: ▮▮▮▮▮▮▮
Subpoena No. R2-18-748338

**TO:** California Department of Justice CURES 2.0 Program

**PHONE:** ▮▮▮▮▮▮▮

**AT:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**FAX:** ▮▮▮▮▮▮▮

**GREETING:** By the service of this subpoena upon you by SA Patrick Wolfe who is authorized to serve it, you are hereby commanded and required to appear before SA Patrick Wolfe, an officer of the Drug Enforcement Administration to give testimony and to bring with you and produce for examination the following books, records, and papers at the time and place hereinafter set forth:

Pursuant to an investigation of violations of 21 U.S.C. Section 801 et seq., please provide the following information. Please provide CURES data reports containing the following information: patient name, patient date of birth, patient address, prescriber name, prescriber DEA number, pharmacy name, pharmacy license number, date prescription was dispensed, prescription number, drug name, drug quantity, drug strength, and number of refills remaining for the individuals listed below for the period of January 1, 2014 to June 26, 2018.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please do not disclose the existence of this request or investigation for an indefinite time period. Any such disclosure could impede the criminal investigation being conducted and interfere with the enforcement of the Controlled Substances Act.

Please direct questions concerning this subpoena and/or responses to SA Patrick Wolfe, ▮▮▮▮▮▮▮▮▮▮

Place and time for appearance: At ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ United States on the 1st day of July, 2018 at 09:00 AM. In lieu of personal appearance, please email records to ▮▮▮▮▮▮▮▮▮▮▮▮.

Failure to comply with this subpoena will render you liable to proceedings in the district court of the United States to enforce obedience to the requirements of this subpoena, and to punish default or disobedience.

Issued under authority of Sec. 506 of the Comprehensive Drug Abuse Prevention and Control Act of 1970, Public Law No. 91-513
(21 U.S.C. 876)

**ORIGINAL**

Signature: _____

Robert J. Harkins
Group Supervisor

Issued this 26th day of Jun 2018

FORM DEA-79

## U.S. DEPARTMENT OF JUSTICE/DRUG ENFORCEMENT ADMINISTRATION
## SUBPOENA

In the matter of the investigation of
Case No: ▮▮▮▮▮▮
Subpoena No. R2-18-748338

**TO:** California Department of Justice CURES 2.0 Program

**AT:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**PHONE:** ▮▮▮▮▮▮

**FAX:** ▮▮▮▮▮▮

**GREETING:** By the service of this subpoena upon you by SA Patrick Wolfe who is authorized to serve it, you are hereby commanded and required to appear before SA Patrick Wolfe, an officer of the Drug Enforcement Administration to give testimony and to bring with you and produce for examination the following books, records, and papers at the time and place hereinafter set forth:

Pursuant to an investigation of violations of 21 U.S.C. Section 801 et seq., please provide the following information. Please provide CURES data reports containing the following information: patient name, patient date of birth, patient address, prescriber name, prescriber DEA number, pharmacy name, pharmacy license number, date prescription was dispensed, prescription number, drug name, drug quantity, drug strength, and number of refills remaining for the individuals listed below for the period of January 1, 2014 to June 26, 2018.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please do not disclose the existence of this request or investigation for an indefinite time period. Any such disclosure could impede the criminal investigation being conducted and interfere with the enforcement of the Controlled Substances Act.

Please direct questions concerning this subpoena and/or responses to SA Patrick Wolfe, ▮▮▮▮▮▮▮▮

Place and time for appearance: At ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ United States on the 1st day of July, 2018 at 09:00 AM. In lieu of personal appearance, please email records to ▮▮▮▮▮▮▮▮▮▮

Failure to comply with this subpoena will render you liable to proceedings in the district court of the United States to enforce obedience to the requirements of this subpoena, and to punish default or disobedience.

Issued under authority of Sec. 506 of the Comprehensive Drug Abuse Prevention and Control Act of 1970, Public Law No. 91-513
(21 U.S.C. 876)

**ATTESTED COPY**

Signature: _____

Robert J. Harkins
Group Supervisor

Issued this 26th day of Jun 2018

FORM DEA-79

## Department of Justice
## Drug Enforcement Administration

### FAX Transmittal Sheet for DEA Sensitive Information Only

06/26/2018
Transmission Date (mm/dd/yyyy)

Number of pages being Transmitted _____
(Including this transmittal sheet)

Subpoena Nbr. R2-18-748338  Case Nbr. ████████

**TO:** California Department of Justice CURES 2.0 Program

ATTN: █████████████████████████████

**From:** Drug Enforcement Administration

ATTN: SA Patrick Wolfe
At: ████████████████████████████████████
Phone: ████████████
Fax:

**Additional Comments**

**NOTICE: This is an official government communication that may contain privileged or sensitive information intended solely for the individual or entity to which it is addressed. Any review, retransmission, dissemination, or other use or action taken upon this information by persons or entities other than the intended recipient is prohibited. If you are not the intended recipient or believe you received this communication in error, please contact the sender immediately.**

Note: If you have any problems with this transmission (incorrect number of pages/poor quality), call the sender and request retransmission.